## Posey *et al.* v. Cobia.

APPEAL from Anniston City Court.
Tried before the Hon. JAMES W. LAPSLEY.

J. F. GREENE and T. P. SAVAGE and J. H. SAVAGE, for appellants.

BURNETT & CULLI, for appellee.

This was an action of detinue, brought by the appellee against the appellants, to recover certain pieces of machinery specifically described in the complaint.

There was judgment in favor of the plaintiff as to some of the property sued for. From this judgment the defendants appeal, and assign as error the several rulings of the trial court to which exceptions were reserved.

The judgment is affirmed.

Opinion by SHARPE, J.

---

## Wilson v. The State.

APPEAL from Tuscaloosa County Court.
Tried before the Hon. J. J. MAYFIELD.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant, Lafayette Wilson, was prosecuted and convicted for an assault with a weapon.

The judgment of conviction is affirmed.